IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–01692–WDM–KMT


ENCANA OIL & GAS (USA) INC.,

      Plaintiff,

v.

HYLAND ENTERPRISES, INC., and
COMPLETE PRODUCTION SERVICES, INC., f/k/a COMPLETE ENERGY SERVICES
COMPANIES,

      Defendants.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Plaintiff EnCana Oil & Gas (USA) Inc.'s Motion to Stay Briefing on (1) Its Motion to Compel, and (2) Defendants' Motion to Dismiss" (#12, filed August 5, 2009) is DENIED as moot, as the deadlines Plaintiff sought to have stayed have passed and briefing is complete.

Dated: August 21, 2009