IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No.    09-cv-01692-WDM-KMT

ENCANA OIL & GAS (USA) INC.,

    Plaintiff,

v.

HYLAND ENTERPRISES, INC., et al.,

    Defendants.
_____

**ORDER GRANTING STIPULATED MOTION TO STAY PROCEEDINGS**
_____

    This matter is before the court on the parties' Stipulated Motion to Stay Proceedings (doc. no. 25). Good cause having been found, it is ordered that the motion is granted and all briefing deadlines are stayed until October 30, 2009.

    DATED at Denver, Colorado on September 21, 2009

                                          BY THE COURT:

                                          s/ Walker D. Miller
                                          United States Senior District Judge