IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01692-WDM-KMT

ENCANA OIL & GAS (USA) INC.,

       Plaintiff,

v.

HYLAND ENTERPRISES, INC. and
COMPLETE PRODUCTION SERVICES, INC., f/k/a COMPLETE ENERGY SERVICES
COMPANIES,

       Defendants.

---

## ORDER GRANTING SECOND STIPULATED MOTION TO STAY PROCEEDINGS

---

The matter is before the Court on the parties' second stipulated motion to stay

proceedings.  The Court FINDS good cause exists for the motion and therefore GRANTS the

stipulated motion.  It is therefore ORDERED that all briefing deadlines are stayed up to and

including December 29, 2009.  The Court further ORDERS that Defendants' response to

Plaintiff's Motion for Attorney Fees for Wrongful Removal is due on December 29, 2009.

Dated this _19_ th day of _Oct._ , 2009.

BY THE COURT:

Walker D. Miller
United States Senior District Judge

896785v.1